Irene Karbelashvili (SBN 232223)
12 South First Street, Suite 713
San Jose, California 95113
Telephone: 408.295.0137
Fax: 408.295.0142

Kenneth J. Pinto (SBN 221422)
12 South First Street, Suite 713
San Jose, California 95113
Telephone: 408.289.1765
Fax: 408.289.1754

Attorneys for RICHARD JOHNSON, Plaintiff.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>BLOSSON HILL PAVILION, L.P. a California Partnership, JAMBA JUICE COMPANY, a California company, d/b/a JAMBA JUICE, PIER 1 IMPORTS, INC., a Delaware corporation, d/b/a Pier 1 IMPORTS, STARBUCKS CORPORATION, a Washington corporation, d/b/a STARBUCKS, and DOES 1-20 inclusive,<br><br>    Defendants. | Case No. CV13-01414-LHK<br><br>Assigned to Hon. Lucy H. Koh<br><br>**STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES, JOINT INSPECTION, AND LAST DAY TO FILE NOTICE OF NEED FOR MEDIATION** |

## STIPULATION

Plaintiff Richard Johnson ("Plaintiff") and Defendants BLOSSON HILL PAVILION, L.P. a California Partnership, JAMBA JUICE COMPANY, a California company, d/b/a JAMBA JUICE, PIER 1 IMPORTS, INC., a Delaware corporation, d/b/a Pier 1 IMPORTS, STARBUCKS CORPORATION, a Washington corporation, d/b/a STARBUCKS, and DOES 1-20 inclusive (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

In order to have sufficient time to prepare for a joint inspection of the premises, the Parties agree that the date by which the Parties must complete initial disclosures, be extended to August 05, 2013, the last date by which the parties are to hold a joint inspection of the premises be extended to August 12, 2013; and the date by which Plaintiff must file a "Notice of Need for Mediation," if necessary, be extended August 14, 2013.

**SO STIPULATED.**

DATED: 7/5/13            LAW OFFICE OF KENNETH J. PINTO

By: _Kenneth J. Pinto_
KENNETH J. PINTO
Attorneys for Plaintiff RICHARD JOHNSON

| | |
|---|---|
| DATED: 7.3.13 | KRING & CHUNG LLP<br><br>By: _____<br>Shaun Singh<br>Attorneys for Defendant<br>STARBUCKS CORPORATION, ,<br>d/b/a STARBUCKS |
| DATED: | FARELLA BRAUN & MARTEL LLP<br><br>By: _____<br>Adam C. Dawson<br>Attorneys for Defendants BLOSSON<br>HILL PAVILION, L.P., PIER 1<br>IMPORTS, INC., , d/b/a Pier 1<br>IMPORTS |

### ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

Date: July 28, 2013

_Lucy H. Koh_
Lucy H. Koh
United States District Court