1  Shane Singh, Bar No. 202733
   ssingh@kringandchung.com
2  KRING & CHUNG, LLP
   2620 J Street, Suite 1
3  Sacramento, CA  95816-4381
   Telephone:  (916) 266-9000
4  Facsimile:  (916) 266-9001

5  Attorneys for Defendant
   STARBUCKS COFFEE COMPANY (sued herein
6  as STARBUCKS CORPORATION)

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | RICHARD JOHNSON,                           ) Case No. 5:13-CV-01414-LHK
                                               )
12 |         Plaintiff,                        ) **SUBSTITUTION OF ATTORNEY;**
   |     vs.                                   ) **ORDER**
13 |                                           )
   | BLOSSOM HILL PAVILION, L.P., a            ) Action Filed: May 24, 2013
14 | California partnership, ET AL.,           )
                                               )
15 |         Defendant.                        )
                                               )
16

17 TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18         Defendant STARBUCKS COFFEE COMPANY (sued herein as

19 STARBUCKS CORPORATION) hereby substitutes Shane Singh of Lewis Brisbois

20 Bisgaard & Smith LLP, 2850 Gateway Oaks Drive, Suite 450, Sacramento,

21 California, Telephone Number (916) 564-5400, Facsimile Number (916) 564-5444

22 as their attorney of record in the above-entitled action instead of the law firm of

23 Kring & Chung, LLP. This substitution may be signed in facsimile counter parts in

24 order to avoid delay.

25 / / /

26 / / /

27 / / /

28 / / /

F:\3628\0023\cf\SOA.docx

1     I have read this substitution of attorneys and consent to the foregoing substitution.

2

3 Dated: <u>January 29, 2014</u>

4

5                                             By: <u>*/s/ Katina Thornock (on file w/ counsel)*</u>

6                                                   Katina Thornock
Representative of Defendant

7 STARBUCKS COFFEE COMPANY (sued herein as STARBUCKS CORPORATION)

8

9     We agree to the above substitution.

10

11 Dated: <u>January 30, 2014</u>     KRING & CHUNG, LLP

12

13                                             By: <u>*/s/ Kyle D. Kring (on file w/ counsel)*</u>

14                                                     Attorneys for Defendant
STARBUCKS COFFEE

15 COMPANY (sued herein as STARBUCKS CORPORATION)

16

17     We accept the above substitution.

18

19 Dated: <u>January 30, 2014</u>     LEWIS BRISBOIS BISGAARD & SMITH, LLP

20

21

22                                             By: <u>*/s/ Shane Singh, Esq.*</u>
Shane Singh

23

24     IT IS SO ORDERED.

25

26 Dated: <u>  1/31/2014  </u>     *[signature: Lucy H. Koh]*

27                                       Judge, United States District Court

28



F:\3628\0023\cf\SOA.docx