Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for RICHARD JOHNSON, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br>     Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington corporation, d/b/a STARBUCKS and DOES 1-20,<br>     Defendants. | Case No. 5:13-CV-01414 LHK<br><br>**PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELEIF AFTER MEDIATION REQUESTING CASE MANAGEMENT CONFERENCE (ADA ACCESS) & ~~PROPOSED~~ ORDER** |

This matter was referred to mediation on January 23, 2014. On February 19, 2014, the ADR Clerk Notice appointing Howard A. Herman as a mediator was issued. On March 27, 2014 the first pre-mediation telephone conference was held. On April 18, 2014, the mediation session was conducted. At the April 18, 2014 mediation the parties were not able to resolve the case.

Pursuant to General Order 56 and Local Rule 7-11, Plaintiff accordingly requests that the Court set a case Management Conference in this matter.

Respectfully submitted,

Dated: April 19, 2014                         /s/      Irene Karbelashvili
                                              Irene Karbelashvili, Attorney for Plaintiff
                                              RICJARD JOHNSON

## ~~PROPOSED~~ ORDER

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that a Case Management Conference is set for May 21, 2014 in Courtroom 8 before the Honorable Lucy H. Koh. The parties shall file a joint case management conference statement no less than seven (7) days prior to the Case Management Conference.

**IT IS SO ORDERED.**

Dated:  4/21/14                               *Lucy H. Koh*
                                              United States District Judge Honorable
                                              Lucy H. Koh