UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>    Plaintiff,<br> v.<br><br>BLOSSOM HILL PAVILION, L.P., a California Partnership, JAMBA JUICE COMPANY, a California company, PIER 1 IMPORTS, INC., a Delaware corporation, STARBUCKS CORPORATION, a Washington corporation, and Does 1-20, inclusive<br><br>    Defendants. | Case No.: 13-CV-01414-LHK<br><br>ORDER DIRECTING PARTIES TO FILE CONSENT FORMS |

  The parties have both indicated that they consent to proceeding for all purposes before a Magistrate Judge. *See* ECF No. 36 at 5. The Court directs the parties to file separate consent forms to proceed before a Magistrate Judge for all purposes by June 13, 2014. The form to consent or decline is available on the Court's website.

**IT IS SO ORDERED.**

Dated: June 11, 2014

                        _Lucy H. Koh_
                        LUCY H. KOH
                        United States District Judge