UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON, </br></br> Plaintiff, </br></br> v. </br></br> BLOSSOM HILL PAVILION, L.P., a California Partnership, JAMBA JUICE COMPANY, a California company, PIER 1 IMPORTS, INC., a Delaware corporation, STARBUCKS CORPORATION, a Washington corporation, and Does 1-20, inclusive </br></br> Defendants. | Case No.: 13-CV-01414-LHK </br></br> ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES |

Both remaining parties have consented to proceed before a Magistrate Judge for all purposes. See ECF Nos. 38, 39. Accordingly, the Court directs the Clerk to randomly reassign the case to a Magistrate Judge for all purposes.[1] Appeal from any orders or judgment will be taken directly to U.S. Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: June 11, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] The Case Management Conference set for June 18, 2014, at 2 p.m. is VACATED.

1

Case No.: 13-CV-01414-LHK
ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES