**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
   E-Mail: Shane.Singh@lewisbrisbois.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant
STARBUCKS COFFEE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>              Plaintiff,<br><br>    vs.<br><br>BLOSSOM HILL PAVILION, L.P., a California partnership, JAMBA JUICE COMPANY, a California company d/b/a JAMBA JUICE, PIER 1 IMPORTS, INC., a Delaware corporation, d/b/a PIER 1 IMPORTS, STARBUCKS CORPORATION, a Washington corporation, d/b/a STARBUCKS, and DOES 1-20, inclusive, ,<br><br>              Defendants. | CASE NO. 5:13-cv-01414-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE MANDATORY SETTLEMENT CONFERENCE DATE**<br><br>Assigned for All Purposes To:<br>Magistrate Judge Howard R. Lloyd<br><br>Action Filed: May 24, 2013 |

TO: THE HONORABLE COURT:

The parties to this matter by and through their undersigned counsel, hereby stipulate and agree that:

1. Defendant Starbucks Coffee Company has filed a Motion for Summary Judgment with a hearing date of February 24, 2015.

2. Counsel for Defendant Starbucks Coffee Company is set to commence a trial in the California Superior Court for the County of Santa Clara on February 9, 2015.

3. Counsel for all parties have conferred and deem it prudent based on the foregoing that the February 10, 2015 Mandatory Settlement Conference be vacated and re-scheduled for

1  March 26, 2015.  This date has been cleared with Magistrate Judge Cousins' calendar.

2  DATED: January 26, 2015         KENNETH J. PINTO
                                   LAW OFFICES OF KENNETH J. PINTO


                                   By:      /s/ Kenneth J. Pinto, Esq.
                                         Kenneth J. Pinto
                                         Attorneys for Plaintiff RICHARD JOHNSON


   DATED: January 26, 2015         SHANE SINGH
                                   LEWIS BRISBOIS BISGAARD & SMITH LLP


                                   By:      /s/ Shane Singh, Esq.
                                         Shane Singh
                                         Attorneys for Defendant STARBUCKS COFFEE
                                         COMPANY

### ORDER

Based on the Stipulation of the Parties and Good Cause Appearing, the Mandatory Settlement Conference set for February 10, 2015 is hereby vacated.  The Mandatory Settlement Conference is now scheduled for March 26, 2015 at 9:30 a.m. in Courtroom 7, 4th Floor, San Jose.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins