**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
   E-Mail: Shane.Singh@lewisbrisbois.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant
STARBUCKS COFFEE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>         Plaintiff,<br><br>    vs.<br><br>BLOSSOM HILL PAVILION, L.P., a California partnership, JAMBA JUICE COMPANY, a California company d/b/a JAMBA JUICE, PIER 1 IMPORTS, INC., a Delaware corporation, d/b/a PIER 1 IMPORTS, STARBUCKS CORPORATION, a Washington corporation, d/b/a STARBUCKS, and DOES 1-20, inclusive, ,<br><br>         Defendants. | CASE NO. 5:13-cv-01414-HRL<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF SETTLEMENT CONFERENCE DATE**<br><br>Assigned for All Purposes To:<br>Judge Howard R. Lloyd<br><br>Action Filed:  May 24, 2013 |

It is hereby stipulated and agreed by and between Plaintiff RICHARD JOHNSON and Defendant STARBUCKS COFFEE COMPANY, by and through their undersigned counsel, that the Settlement Conference scheduled for June 4, 2015, be rescheduled to June 16, 2015, at 9:30 a.m. before Judge Cousins in Courtroom 7, 4th Floor, San Jose.

Personal attendance of clients is required.  Confidential settlement conference briefs regarding attorney fees to be submitted to ncpo@cand.uscourts.gov by June 10, 2015. Defendant's brief by June 12, 2015.

This Stipulation and Order may be signed in counterparts by the attorneys of record for the parties herein which, so executed, shall be deemed an original to the Stipulation and Order and all



1  signed counterparts shall constitute one and the same document.

2       It is so stipulated.

3  DATED: May 21, 2015            IRENE KARBELASHVILI
                                  LAW OFFICES OF IRENE KARBELASHVILI

                                  By:    /s/ Irene Karbelashvili, Esq.
                                         Irene Karbelashvili
                                         Attorneys for Plaintiff
                                         RICHARD JOHNSON

9  DATED: May 21, 2015            SHANE SINGH
                                  LEWIS BRISBOIS BISGAARD & SMITH LLP

                                  By:    /s/ Shane Singh, Esq.
                                         Shane Singh
                                         Attorneys for Defendant
                                         STARBUCKS COFFEE COMPANY

15      It is so ordered.

17  DATED: May 22, 2015

GRANTED
United S[tates Magistrate]
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA