**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
**LAW OFFICE OF KENNETH J. PINTO**
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for RICHARD JOHNSON, Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON, ) | **Case No. 5:13-CV-01414 HRL** |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S REQUEST TO PERMIT** |
| vs. ) | **THE USE OF MATERIALS AND** |
| ) | **ASSISTIVE DEVICES FOR** |
| STARBUCKS CORPORATION, a ) | **PRESENTATION OF EVIDENCE AT** |
| Washington corporation, d/b/a STARBUCKS ) | **TRIAL AND [PROPOSED] ORDER** |
| and DOES 1-20, ) | |
| Defendants. ) | **Trial Date**: July 6-7, 2015 |
| ) | **Time**: 8:30 AM – 1:30 PM |
| . ) | **Judge**: Hon. Howard R. Lloyd |
| ) | **Courtroom**: 2 |
| | [Re:  Dkt. 109] |

Plaintiff RICHARD JOHNSON ("Plaintiff"), by and through his undersigned counsel, hereby submits the following request to allow Plaintiff the use of the following materials and assistive devices for presentation of evidence at trial:

18" by 24" enlarged photographs to be placed on an easel to be offered as evidence;

An easel for display of exhibits (Plaintiff's counsel);

A laser pointer and/or pointing stick (Plaintiff's counsel);

1   A laser pointer and/or pointing stick (Plaintiff's expert Bassam Altwal);

2   Laptop computer for projection of photographs to jury (Plaintiff's counsel);

3   Laptop computer for use by Plaintiff's expert for reference (Bassam Altwal); and

4   Extension cords to power Plaintiff counsel's and Plaintiff's expert's laptop.

Respectfully submitted,

Dated: July 2, 2015               /s/      Irakli Karbelashvili
                                  Irakli Karbelashvili, Attorney for
                                  Plaintiff Richard Johnson

**[PROPOSED] ORDER**

For good cause appearing, Plaintiff is hereby permitted to bring into the courthouse and use the following items at trial scheduled for July 6 and July 7, 2015:

18" by 24" enlarged photographs to be placed on easel to be offered as evidence;

An easel for display of exhibits (Plaintiff's counsel);

A laser pointer and/or pointing stick (Plaintiff's counsel);

A laser pointer and/or pointing stick (Plaintiff's expert Bassam Altwal);

Laptop computer for projection of photographs to jury (Plaintiff's counsel);

Laptop computer for use by Plaintiff's expert for reference (Bassam Altwal); and

Extension cords to power Plaintiff counsel's and Plaintiff's expert's laptops.

IT IS SO ORDERED.

Date:    July 2, 2015            _____
                                Hon. Howard R. Lloyd, United States
                                Magistrate Judge